LOWELL PAASCH AND RODNEY T. PAASCH, APPELLANTS,
v. DONALD P. FELLER ET AL., APPELLEES.

335 N.W.2d 553

Filed June 24, 1983. No. 82-362.

Garvey, Nye, Crawford, Kirchner & Moylan, and Fogarty, Lund & Gross, for appellants.

Jeffrey B. Farnham and Thomas R. Wolff, for appellees.

KRIVOSHA, C.J., BOSLAUGH, McCOWN, WHITE, HASTINGS, CAPORALE, and SHANAHAN, JJ.

PER CURIAM.

The court, having reviewed the record, finds that all assignments of error should be overruled. The judgment of the trial court, based upon the verdict of the jury, is affirmed.

AFFIRMED.